IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

WALTER COLUMBUS SIMMONS,            )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )       1:13CV677
                                    )
HUGH CHATHAM HOSPITAL, et al.,      )
                                    )
        Defendant(s).               )

## ORDER

On August 26, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3 and 4.) On September 6, 2013, Plaintiff filed a document stating, in part, that "I would like to appeal this case number – 1:13CV677." (Doc. 5.) Plaintiff does not specifically indicate the nature of the appeal he seeks. However, because a Recommendation has been entered, this court will construe the request to appeal as objections to the Recommendation. See Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file . . . objections.").

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has

made a de novo determination which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint (Doc. 2) be, and is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous or for failing to state a claim upon which relief may be granted.  A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of October, 2013.

/s/ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:13-cv-00677-WO-JLW   Document 7   Filed 10/22/13   Page 2 of 2